B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Roberto Dirzo            Case No. _____

                  Debtor(s)        Chapter    7 _____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ _299.00_ in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

     $ _____74.75_ Check one     ■   With the filing of the petition, or
                                   □   On or before  _____

     $ _____74.75_ on or before       1/31/08

     $ _____74.75_ on or before       2/15/08

     $ _____74.75_ on or before       2/28/08

\*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date   January 15, 2008 _____       Signature    /s/ Roberto Dirzo _____

                                                 Roberto Dirzo

/s/ Dwight W. Le Vert ARDC# _____               Debtor

Attorney for Debtor(s)
Dwight W. Le Vert ARDC# 3129045
Legal Assistance Foundation of
Metropolitan Chicago
10 West 35th Street, 4th Floor
Chicago, IL 60616
312 261-6754
Fax: 312 261-6755

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

**B3A (Official Form 3A) (12/07) - Cont.**

# United States Bankruptcy Court
## Northern District of Illinois

In re    Roberto Dirzo                                                                 Case No.
                                                    Debtor(s)          Chapter    7

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐        IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐        IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one    ☐  With the filing of the petition, or
                                  ☐  On or before   _____

$ _____    on or before    _____

$ _____    on or before    _____

$ _____    on or before    _____

☐        IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date  _____                          _____
                                               *United States Bankruptcy Judge*